

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 10:30:50 AM
CHRISTOPHER A. PRINE
Clerk

# John D. Kinard

**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

June 17, 2015

Fourteenth Court of Appeals
Christopher Prine, Clerk of Court
301 Fannin, Suite 245
Houston, TX 77002

## NOTICE OF ASSIGNMENT ON APPEAL

IN RE: Cause No**. 14-CV-1137,** Styled **Bank of America, N.A. vs. Chau D. Ho-Huynh, Et Al-** Filed in **212th District Court** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the notice of appeal filed in the above case.  This case is assigned to the **14th** Court of Appeals, Houston, Texas.

Please note the following information:
Date of Appealable Order or Judgment: **March 24, 2015**
Notice of Appeal: **June 16, 2015**
Motion for New Trial filed: **None Filed**
Request for Finding of Facts and Conclusions of Law filed: **3/30/15**
Trial Judge: **Patricia Grady**
Court Reporter: **Leslie Kesterson**

Request is hereby made that all parties immediately file any designation of material to be included in the Clerk's record. Any Motions for Extension of Time to file the record on appeal must be filed directly with the Court of Appeals A copy of this assignment letter is being mailed to all counsel of record. Please file mark the additional copy of this letter and return the same to my office.

Sincerely,

**John D. Kinard**
 **District Clerk**
**Galveston County, Texas**

By: /s/   Shailja Dixit**,** Deputy

*600 59ᵗʰ Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

Copy sent to


Chau Doan Ho-Huynh, Pro Se
3310 N. Braeswood
Houston, TX 77025


Tu Nguyen, Pro Se
3310 N. Braeswoood
Houston TX  77025


Randall B. Clark
Attorney for Bank of America, N.A.
McGuire Woods, LLP
600 Travis Street, Suite 7500
Houston, TX  77002


Leslie Kesterson, Court Reporter
Hand-Delivered

Filed: 6/16/2015 11:24:12 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 5703751
By: Lisa Kelly
6/17/2015 9:09:21 AM

## No. 14-CV-1137

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| vs. | § | GALVESTON, T E X A S |
| | § | |
| CHAU HO-HUYNH & TU NGUYEN | § | |
| Defendant | § | 212th JUDICIAL DISTRICT |

### NOTICE OF APPEAL

1. This Court signed the Order for Plaintiff's motion for summary judgment in the case on March 24th, 2015, in favor of Plaintiff and against Defendant;

2. From this order Defendant desires to appeal to the First/Fourteenth District Court of Appeals;

3. The deadline for filing the notice of appeal is June16th, 2015.

Respectfully submitted,

*Chau Ho-Huynh*

3310 N. Braeswood
Houston, Texas 77025

### CERTIFICATE OF SERVICE

I certify that a correct copy of the foregoing has been forwarded to BANA's counsel of record on this 16th, day of June, 2015 via rclark@mcguirewoods.com.

*Chau Ho-Huynh*

1